EDISON FIXTURE COMPANY, INCORPORATED. PLAINTIFF-APPELLANT, v. HENRY H. GROSSMAN, TRADING, ETC., DEFENDANT-APPELLEE.

Argued October 8, 1924—Decided February 5, 1925.

On appeal from the District Court of the city of Camden.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Herman B. J. Weckstein.*

For the appellee, *Lewis Liberman.*

PER CURIAM.

This case was argued with, and is controlled by, our decision in Edison Fixture Co., Inc., *v.* Copoulos, No. 475, of the present term.

The judgment will be reversed and a *venire de novo* awarded.

---

EDISON FIXTURE COMPANY, INCORPORATED, PLAINTIFF-APPELLANT, v. P. W. ROUNDS AND JOHN SERMON, TRADING AS SERMON & ROUNDS, DEFENDANT-APPELLEE.

Argued October 8, 1924—Decided February 5, 1925.

On appeal from the District Court of the city of Camden.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Herman B. J. Weckstein.*

For the appellee, *John H. Switzer.*